IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH STRATTON** <br> 15609 Bradford Drive <br> Laurel, MD 20707 <br><br> Plaintiff, <br><br> v. <br><br> **THE UNITED STATES OF AMERICA** <br><br> Serve: <br><br> Matthew M. Graves <br> U.S. Attorney for the District of Columbia <br> Attn: Civil Process Clerk <br> U.S. Attorney's Office for D.C. <br> 601 D Street NW <br> Washington, DC 20530 <br><br> Merrick B. Garland <br> Attorney General of the U.S. <br> U.S. Department of Justice <br> 950 Pennsylvania Avenue NW <br> Washington, DC 20530 <br><br> U.S. Department of Justice <br> Justice Management Division <br> 950 Pennsylvania Avenue NW <br> Room 1111 <br> Washington, DC 20530 <br><br> Defendant. | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. _____ |

## COMPLAINT
### (Negligence)

COMES NOW Plaintiff Keith Stratton, by and through his attorney, Keith W. Watters, and hereby moves for judgment against the United States of America on the grounds and in the amount as hereinafter set forth:

1

## NATURE OF THE ACTION

1. This action is brought against the United States of America pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.* as a result of a United States Postal Service mail truck/pedestrian collision caused by the negligence, wrongful acts, and/or omissions of an employee of the United States Postal Service, a federal agency of the United States of America.

2. Liability is predicated specifically on 28 U.S.C. §§ 1346(b)(1) and 2674 because the personal injuries and resulting damages that form the basis of this Complaint were proximately caused by the negligence, wrongful acts, and/or omissions of an employee of the United States of America through its federal agency, the United States Postal Service. The agents, servants, and/or employees were acting within the scope of their employment under circumstances where the United States of America, if a private person, would be liable to Plaintiff in accordance with the laws of the District of Columbia.

## JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1346(b)(1).

4. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(e)(1) because the events or omissions giving rise to the claim occurred in the District of Columbia.

## PARTIES

5. Plaintiff Keith Stratton was at all times relevant hereto a resident of the State of Maryland.

6. The United States of America was at all times relevant hereto acting through its federal agency, the United States Postal Service.

## FACTS

7. On July 30, 2020, at approximately 5:00 pm, Plaintiff Keith Stratton was working as a flagger near the 7400 block of 13th Street NW, Washington, DC, 20012.

8. On said date and time, Jerrell Devonte Welch, a United States Postal Service employee, was operating a United States Postal Service mail truck and reversed the mail truck into Plaintiff Keith Stratton, forcefully knocking him to the ground.

9. At all times relevant herein, Jerrell Devonte Welch was acting in the scope of his employment for the United States Postal Service.

10. Plaintiff Keith Stratton sustained immediate, severe, painful, and permanent injuries as a result of the collision, including but not limited to injuries to his left knee which required surgery.

11. Pursuant to 28 U.S.C. § 2675, the claim for Plaintiff Keith Stratton was presented to the appropriate agency of the United States of America, namely the United States Postal Service, on July 21, 2021.

12. The United States Postal Service has taken no action since Plaintiff Keith Stratton's claim was presented.

13. Pursuant to 28 U.S. Code § 2675(a), Plaintiff Keith Stratton brings this cause of action herein against the United States of America after presenting his claim more than six (6) months ago.

## COUNT I:
### Negligence

14. Plaintiff Keith Stratton incorporates by reference each and every prior and subsequent allegation as though fully set forth herein.

15. Plaintiff Keith Stratton was at all times relevant hereto paying full time and attention to his duties and was acting with due and proper regard for his safety as well as the safety of other motorists on the roadway.

16. At said time and place, it was the duty of Jerrell Devonte Welch, a United States Postal Service employee, to operate the mail truck with reasonable care and with due regard for the safety of pedestrians and others using the roadway using the roadway.

17. At all times relevant herein, Jerrell Devonte Welch, a United States Postal Service employee, breached said duty and was negligent in some or all of the following ways:

(a) By operating the mail truck at a high, dangerous, and excessive rate of speed under the circumstances then and there existing;

(b) By failing to reduce speed to avoid a collision;

(c) By failing to observe due care and precaution and to maintain proper and adequate control of the mail truck;

(d) By failing to keep a proper lookout for pedestrians lawfully upon the roadway; and

(e) By failing to exercise reasonable care in the operation of the mail truck under the circumstances then and there existing.

18. As a direct and proximate result of the negligence of Jerrell Devonte Welch, Plaintiff Keith Stratton has sustained severe and permanent injuries; has been prevented from transacting his business; has suffered and will continue to suffer great pain of body and mind; and has suffered permanent disability and deformity.

19. As a further direct and proximate result of the negligence of Jerrell Devonte Welch, Plaintiff Keith Stratton has been forced to expend large sums of money for x-rays, medical treatment, and medicine for the treatment of his injuries.

4

WHEREFORE, Plaintiff Keith Stratton hereby demands judgment against the United States of America in the amount of five hundred thousand dollars ($500,000.00), plus interest and costs.

Respectfully submitted,

Keith W. Watters, Esq. (01515)
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 1125
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net

*Counsel for Plaintiff*

## JURY DEMAND

Plaintiff demands a trial by jury as to all counts.

Keith W. Watters, Esq.

5